No. 04–8098. SMITH v. YARBOROUGH, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–8100. MCDERMOTT v. MISSOURI DEPARTMENT OF CORRECTIONS. Ct. App. Mo. Certiorari denied.

No. 04–8102. WOLVERTON v. OREGON. Ct. App. Ore. Certiorari denied.

No. 04–8103. WILLIAMS v. HELLING, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–8108. JOHNSON v. MCBRIDE, SUPERINTENDENT, MAXIMUM CONTROL FACILITY. C. A. 7th Cir. Certiorari denied.

No. 04–8112. JOSEY v. TEXAS DEPARTMENT OF PUBLIC SAFETY ET AL. C. A. 5th Cir. Certiorari denied.

No. 04–8121. HOFER v. DAIMLERCHRYSLER CORP. Ct. App. Mich. Certiorari denied.

No. 04–8125. FRANKLIN v. CITY OF TAMPA, FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–8126. GADDIS v. LOUISIANA. Ct. App. La., 2d Cir. Certiorari denied.

No. 04–8127. LEWIS v. SMITH, SHERIFF, BELL COUNTY, TEXAS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 04–8129. BERTSCH v. SCHRIRO, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–8131. BUGGS v. FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 04–8133. MARTEL v. RATELLE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–8134. KING v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.